IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06-CV-523-C

| | |
|---|---|
| STANFORD H. ARDEN, Derivatively on Behalf of FAMILY DOLLAR STORES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>HOWARD R. LEVINE, et al., <br><br>Defendants. | NOTICE |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

TAKE NOTICE that an Order and Notice of Hearing has been entered by the undersigned United States District Judge in the proposed lead case, <u>Lee v. Levine, et al.</u>, No. 3:06-CV-510-W.

Signed: February 28, 2007

Frank D. Whitney
United States District Judge