UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:06-CV-523-C

| | |
|---|---|
| STANFORD H. ARDEN, Derivatively on Behalf of FAMILY DOLLAR STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD R. LEVINE, LEON LEVINE, R. JAMES KELLY, R. DAVID ALEXANDER, JR., CHARLES S. GIBSON, JR., C. MARTIN SOWERS, GEORGE R. MAHONEY, JR., MARK R. BERNSTEIN, SHARON ALLRED DECKER, EDWARD C. DOLBY, GLENN A. EISENBERG, JAMES G. MARTIN and DALE C. POND, <br><br> Defendants <br><br> and <br><br> FAMILY DOLLAR STORES, INC., <br><br> Nominal Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion[s] for Admission Pro Hac Vice ..." (document nos. 27 and 28), filed March 8, 2007, requesting respectively the admission of Attorneys Robert B. Weiser and Brett D. Stecker. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 9, 2007

David C. Keesler
United States Magistrate Judge